| AOC-105　Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice　www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. _____<br>Court　☑ Circuit　☐ District<br>County　Fayette |
|---|---|---|

**PLAINTIFF**

Tonya Lindon as Parent and Next Friend of ▓▓▓▓▓▓▓▓▓▓, a minor

64 Meadowbrook Drive
Stanton　　　　　　　　　　　Kentucky　　　　　40380

VS.

**DEFENDANT**

Bahram Kakavand, MD

111 Gracie Park Drive
Herndon　　　　　　　　　　　Virginia　　　　　20170

**Service of Process Agent for Defendant:**
Bahram Kakavand, MD

111 Gracie Park Drive
Herndon　　　　　　　　　　　　　　　　　Virginia　　　　　20170

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: ___DEC 1 4 2012___, 2____

WILMA F. LYNCH
FAYETTE CIRCUIT COURT
FAYETTE COUNTY
120 N. LIMESTONE STREET C103
LEXINGTON, KY 40507
By: _____ Clerk
　　　　　　　　　　　　 _____ D.C.

---

**Proof of Service**

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.

Served by: _____

　　　　　　 _____ Title

Circuit Court Clerk

Receipt Number: 05-0065400-A
DATE: 12/14/2012
TIME: 10:54 AM
*** (M) CIVIL-OTHER ***

CASE NO: 12-CI-05440

RECEIVED FROM: MORRIS
ACCOUNT OF: LINDON CERT MAIL

| 1. Postage/Cert. Mail MCFO(K(H)) | 10.30 |

TOTAL: $10.30
CHECK: $10.30
***DIFF: 0.00

*** Check Number: 3044

Prepared By: Wilma Lynch/mjm
**MCFO=Money Collected for Others
***CS=Charge for Services
Filing (KYCOURTS)

Page 1 of 1

*[Image of a USPS Certified Mail Receipt (PS Form 3800, January 2005), rotated 90°. Fields shown: Postage, Certified Fee, Return Receipt Fee (Endorsement Required), Restricted Delivery Fee (Endorsement Required), Total Postage & Fees, Postmark Here, Sent To (illegible handwriting). Tracking number: 7172 9006 5119 9715 0320.]*

| AOC-105　Doc. Code: CI<br>Rev. 1-07<br>Page 1 of 1<br>Commonwealth of Kentucky<br>Court of Justice　www.courts.ky.gov<br>CR 4.02; CR Official Form 1 | **CIVIL SUMMONS** | Case No. _12 CI 5990_<br>Court　✓ Circuit　☐ District<br>County　Fayette |
|---|---|---|

**PLAINTIFF**

Tonya Lindon as Parent and Next Friend of ▇▇▇▇▇▇▇▇▇▇, a minor

64 Meadowbrook Drive
Stanton　　　　　　　　Kentucky　　　　40380

VS.

**DEFENDANT**

Bahram Kakavand, MD

111 Gracie Park Drive
Herndon　　　　　　　　Virginia　　　　20170

**Service of Process Agent for Defendant:**
Kentucky Secretary of State

P.O. Box 718
Frankfort　　　　　　　　Kentucky　　　　40602

**THE COMMONWEALTH OF KENTUCKY**
**TO THE ABOVE-NAMED DEFENDANT(S):**

　　You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or** by **an attorney on your behalf** within **20 days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

　　The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: _DEC 13 2012_　　　　WILMA F. LYNCH　　　　　　　　Clerk
　　　　　　　　　　　　　　FAYETTE CIRCUIT COURT
　　　　　　　　　　　　By: _____ D.C.
　　　　　　　　　　　　　　LEXINGTON KY

**Proof of Service**
This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

_____

this _____ day of _____, 2_____.
　　　　　　　　　　　　　　　　　　　Served by: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Title



FILED AND ENTERED
ATTEST, WILMA F. LYNCH, CLERK
DEC 17 2012
FAYETTE CIRCUIT CLERK
BY _____ DEPUTY

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>DEC 1 4 20__ |
| 1. Article Addressed to:<br>SECRETARY OF STATE<br>P. O. BOX 718<br>FRANKFORT, KY. 40602-0718 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>KYLE WILSON<br>DEC 4 REC'D |
| Balvir Kakaria<br>12-CI-5440 | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7011 1150 0000 3063 7395 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

NO. 12-CI-5440

FAYETTE CIRCUIT COURT
DIVISION 7

TONYA LINDON      PLAINTIFF
as Parent and Next Friend of
███████████████, a minor
64 Meadowbrook Drive
Stanton, Kentucky 40380

DEC 1 3 2012

vs.      **COMPLAINT AND JURY DEMAND**

BAHRAM KAKAVAND, M.D.      DEFENDANT
111 Gracie Park Drive
Herndon, Virginia 20170

    SERVE:      Kentucky Secretary of State
                      P.O. Box 718
                      Frankfort, KY 40602

    SERVE:      Bahram Kakavand, M.D.
                      111 Gracie Park Drive
                      Herndon, Virginia 20170

AND

KENTUCKY MEDICAL SERVICES FOUNDATION, INC      DEFENDANT
2333 Alumni Park Plaza, Suite 200
Lexington, Kentucky 40517

    SERVE:      DARRELL A. GRIFFITH
                      2333 Alumni Park Plaza, Suite 200
                      Lexington, Kentucky 40517

*****************

Comes the Plaintiff, Tonya Lindon as Parent and Next Friend ███████ and for her Complaint states as follows:

1. Tonya Lindon and ███████████ are, and at all times relevant hereto have been, residents of Powell County, Kentucky. Tonya Lindon is the parent of ███████████, a minor.

2. Bahram Kakavand, M.D. is a physician licensed by the state of Kentucky and specializing in pediatric cardiology. At all times herein Defendant was the agent, servant and employee of Kentucky Medical Services Foundation, Inc.

3. Kentucky Medical Services Foundation, Inc. is a corporation organized under the laws of the state of Kentucky and at all times herein provided medical services to ███████████ through its agents, servants and employees or ostensible agents, servants and employees, including but not limited to Bahram Kakavand, M.D.

4. On or about October 14, 2011, ███████████ underwent an electrophysiology study and ablation performed by Bahram Kakavand, M.D. at UK HealthCare Kentucky Children's Hospital.

5. During the electrophysiology study and ablation procedures, ███████████ developed a complete heart block and required an emergency implantation of a dual chamber pacemaker.

6. The Defendant Bahram Kakavand, M.D., individually and through his actual or ostensible agents, servants and employees, was negligent in the medical care he provided to ███████████.

7. The Defendant Kentucky Medical Services Foundation, Inc. individually and through its actual or ostensible agents, servants and employees, including but not limited to Bahram Kakavand, M.D., was negligent in the medical care it provided to ███████████

███ and is vicariously and directly liable for the acts and omissions of those actual or ostensible agents.

8. As a result of the negligence of the Defendants as set forth above, ███ ███ was caused to sustain serious personal injuries, for which he has undergone, and continues to undergo, treatment.

9. As a result of his injuries, ███ has suffered and will suffer in the future physical and mental pain and suffering and loss of enjoyment of life, has incurred and will continue to incur medical expenses, and has suffered a permanent impairment of his power to labor and earn money.

10. The acts and omissions of the Defendants set forth herein constituted malice, reckless, willful and grossly negligent conduct entitling the Plaintiff to punitive damages.

11. The amounts claimed herein exceed the minimal jurisdiction requirements of this Court.

WHEREFORE the Plaintiff, Tonya Lindon as Parent and Next Friend of ███ ███, a minor, demands judgment against the Defendants for such an amount as will fairly and reasonably compensate ███ for his injuries as set forth above, for the costs incurred herein, including reasonable attorney's fees, punitive damages, a trial by jury, and for all relief to which Plaintiff may appear properly entitled.

Respectfully submitted,

*/s/ Lea A. Player*

Lea A. Player
Douglas H. Morris
Robyn B. Stanton
Morris & Player PLLC
1211 Herr Lane, Suite 205
Louisville, KY 40222
(502) 426-3430
(502) 426-3633 (fax)
*Counsel for Plaintiff*

Pursuant to KRS 411.188(4), the above signature certifies that the following entity who may have subrogation rights has been notified via certified mail that failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action:

Bluegrass Family Health
c/o The Rawlings Group
P.O. Box 2000
LaGrange, KY 40031-2000

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION 7
CASE NO. 12-CI-5440

TONYA LINDON
as Parent and Next Friend of
████████████████████, a minor          JAN 1 5 2013          PLAINTIFF

v.     **ANSWER OF DEFENDANT, BAHRAM KAKAVAND, M.D.,**

BAHRAM KAKAVAND, M.D., and
KENTUCKY MEDICAL SERVICES
FOUNDATION, INC.                                              DEFENDANTS

\* \* \* \* \*

### FIRST DEFENSE

The plaintiff's Complaint fails to state a claim against this defendant upon which relief can be granted.

### SECOND DEFENSE

1.     This defendant is without sufficient knowledge or information to form a belief as to the truth of the averments in paragraph 1 of the Complaint.

2.     This defendant admits the averments of paragraph 2 of the Complaint that he is a physician licensed by the state of Kentucky who specializes in pediatric cardiology. This defendant denies the averments of paragraph 2 that, at relevant times, he was the agent, servant and employee of Kentucky Medical Services Foundation, Inc.

3.     This defendant admits the averments of paragraph 3 of the Complaint that Kentucky Medical Services Foundation, Inc. is a corporation organized under the laws of the state of Kentucky. The defendant denies all remaining averments of paragraph 3.

4. This defendant admits the averments of paragraph 4 of the Complaint.

5. This defendant admits the averments of paragraph 5 of the Complaint except for the characterization of the pacemaker implantation as an "emergency."

6. This defendant denies all averments contained in paragraphs 6, 7, 8, 9, 10 and 11 of the Complaint.

### THIRD DEFENSE

The injuries and damages of which plaintiff complains, if any, were caused by an underlying condition, illness or disease process in plaintiff, ███████, and not by any act or failure to act on the part of this defendant.

### FOURTH DEFENSE

The injuries and damages of which plaintiff complains, if any, were caused by individuals, entities, or instrumentalities for which this defendant has no legal responsibility.

WHEREFORE, having fully answered the plaintiff's Complaint, the defendant, Bahram Kakavand, M.D., demands as follows:

1. That plaintiff's Complaint be dismissed as to him;

2. For his costs herein expended;

3. For permission to file an amended answer upon completion of reasonable discovery; and

4. For any other appropriate relief to which he may now or later appear to be entitled.

Respectfully submitted,

*/s/ Bradley A. Case*

Bradley A. Case
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
(502) 540-2300
Fax (502) 585-2207
bradley.case@dinsmore.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on January 14th, 2013, the foregoing was sent by U.S. First Class Mail to the following:

Lea A. Player
Douglas H. Morris
Robyn B. Stanton
Morris & Player, PLLC
1211 Herr Lane, Suite 205
Louisville, KY 40222

*/s/ Brad Case*

*Counsel for Defendants*

3