UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TONYA LINDON, as Parent of a Minor and Next Friend MJL, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 13-26-DCR |
| V. | ) ) | |
| BAHRAM KAKAVAND, M.D., et al., | ) ) | **ORDER** |
| Defendants. | ) | |

*** *** *** ***

On September 27, 2013, the Court denied the plaintiff's motion to remand this action to the Fayette Circuit Court. [Record No. 12] In relevant part, the Court concluded that the plaintiff had fraudulently joined Defendant Kentucky Medical Services Foundation, Inc. ("KMSF") as a party. [*Id.* at pp. 12-20] Thereafter, KMSF filed a motion for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. [Record No. 13] KMSF's supporting memorandum essentially reiterates the analysis contained in the Court's September 27, 2013 Memorandum Opinion and Order. [Record No. 13-1]

Plaintiff Tonya Lindon has not responded to KMSF's motion. Accordingly, it is hereby

**ORDERED** as follows:

1. For the reasons outlined in the Court's September 27, 2013, Memorandum Opinion and Order, Defendant Kentucky Medical Services Foundation, Inc.'s motion for judgment on the pleadings [Record No. 13] is **GRANTED**.

2. The claims asserted in this action against Defendant Kentucky Medical Services Foundation, Inc. are **DISMISSED**, with prejudice, and that defendant is **DISMISSED** from this action as a party.

This 21st day of November, 2013.

Signed By:
*Danny C. Reeves* DCR
United States District Judge