UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| TONYA LINDON, as Guardian of M.J.L., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 13-026-DCR |
| V. | ) ) | |
| BAHRAM KAKAVAND, M.D., et al., | ) ) | **ORDER** |
| Defendants. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

The Court being advised that all issues in dispute have been finally resolved [Record No. 102], it is hereby

**ORDERED** that this action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket. The parties shall bear their respective costs and expenses incurred herein.

This 27th day of April, 2015.



Signed By:
*Danny C. Reeves* DCR
United States District Judge